NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**BLACKBERRY LTD.,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

———————————

2019-1145

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00913.

———————————

**JUDGMENT**

———————————

CHING-LEE FUKUDA, Sidley Austin LLP, New York, NY, argued for appellant. Also represented by SHARON LEE; SAMUEL DILLON, Washington, DC.

NAVEEN MODI, Paul Hastings LLP, Washington, DC, argued for appellee. Also represented by PHILLIP W. CITROEN, STEPHEN BLAKE KINNAIRD, SEONGHEE EMILY LEE, JOSEPH PALYS.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 13, 2020 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |